UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOSEPH LAWRENCE,<br><br>　　　　　Defendant. | No.  CR 11-0291 SBA (LB)<br><br>[PROPOSED] ORDER DETAINING DEFENDANT MICHAEL JOSEPH LAWRENCE PENDING TRIAL |

　　　　For reasons stated at the hearing on April 26, 2011, Defendant does not contest that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant as required and the safety of any other person and the community. Based on the record, the Court therefore orders the defendant detained pending trial.  Because defendant waived his right to present information pursuant to 18 U.S.C. § 3142(f) without prejudice to raising any relevant information at a later hearing, the Court orders that the hearing may be reopened at defendant's request at a future time.

　　　　Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  Defendant must be afforded a reasonable opportunity to consult privately with

1 | counsel. *See* 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an
2 | attorney for the government, the person in charge of the corrections facility must deliver
3 | defendant to the United States Marshal for a court appearance. *See* 18 U.S.C. § 3142(i)(4).
4 |     IT IS SO ORDERED.

Dated: May 20, 2011

_____
Laurel Beeler
United States Magistrate Judge